THE GASTON COUNTY INDUSTRIAL FACILITIES AND POLLUTION CONTROL FINANCING AUTHORITY AND CAROLINA FREIGHT CARRIERS CORPORATION v. C. C. HOPE, JR., SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF COMMERCE

No. 111PA85

(Filed 3 July 1985)

ON discretionary review pursuant to G.S. 7A-31, prior to determination by the Court of Appeals, to review the judgment entered by *Davis, J.*, on 17 January 1985, in WAKE County Superior Court, affirming a denial by respondent of petitioners' application for approval of an industrial revenue bond project.

*Lacy H. Thornburg, Attorney General, by William W. Melvin, Senior Deputy Attorney General, for the North Carolina Department of Commerce.*

*Robinson, Bradshaw & Hinson, P.A., by Robin L. Hinson and Edwin F. Lucas, III, for petitioner-appellant, The Gaston County Industrial Facility and Pollution Control Financing Authority.*

PER CURIAM.

The judgment of the trial court is affirmed.

Affirmed.